Roger F. Claxton, Robert James Hill, Claxton & Hill, Dallas, TX, for Plaintiff–Appellant.

Patricia J. Villareal, Jones Day, Dallas, TX, Meir Feder, Jones Day, New York, NY, for Defendants–Appellees.

Before REAVLEY, SMITH, and GARZA, Circuit Judges.

PER CURIAM: *

We have reviewed the briefs and applicable law, have consulted pertinent portions of the record, and have heard oral argument. We conclude that the district court properly dismissed for failure to state a claim under § 10(b) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78j(b), against SourceCorp, Inc., Ed Bowman, or Barry Edwards. Plaintiffs also have failed to state a claim against Image Entry, Inc., because plaintiffs did not adequately plead that Bill Deaton's alleged fraud should be imputed to it. *See Kaplan v. Utilicorp United, Inc.,* 9 F.3d 405, 407 (5th Cir.1993). Because plaintiffs' claims under § 20(a), 15 U.S.C. § 78t(a), were against SourceCorp, Inc., for controlling Image Entry, Inc., and against Bowman and Edwards for controlling SourceCorp, Inc., and Image Entry, Inc., all of whom have committed no "predicate securities fraud offense under § 10(b)," the plaintiffs "have necessarily failed to state a claim ... for 'controlling person' liability under § 20(a)." *Lovelace v. Software Spectrum Inc.,* 78 F.3d 1015, 1021 n. 8 (5th Cir.1996).

The judgment is AFFIRMED, essentially for the reasons given by the district court.

UNITED STATES of America,
Plaintiff–Appellee

v.

Randall Thomas CLARK; Ginger Lynn
Egan; Steve Martin, Defendants–
Appellants.

No. 05–40720
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Nov. 13, 2007.

Heather Harris Rattan, Assistant U.S. Attorney, U.S. Attorney's Office Eastern

---

District of Texas, Plano, TX, for Plaintiff–Appellee.

John Thomas Haughton, Law Office of John T. Haughton, Denton, TX, for Defendants–Appellants.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ginger Lynn Egan has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Egan has not filed a response. The record is insufficiently developed to allow consideration at this time of any claims of ineffective assistance of counsel. *See United States v. Cantwell,* 470 F.3d 1087, 1091 (5th Cir.2006). Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.